■ ANNE ROSE LOIACONO, Appellant, v QUATTRO PIU, INC., Doing Business as POMODORINO RESTAURANT, et al., Respondents. [919 NYS2d 87]—

The plaintiff commenced this action to recover damages for

personal injuries she allegedly sustained after tripping over a step at the defendants' restaurant. The defendants established their prima facie entitlement to judgment as a matter of law by demonstrating that the alleged condition which caused the plaintiff to fall was open and obvious and not inherently dangerous (*see Weiss v Half Hollow Hills Cent. School Dist.*, 70 AD3d 932, 933 [2010]; *Ramos v Cooper Invs., Inc.*, 49 AD3d 623, 624 [2008]; *Pirie v Krasinski*, 18 AD3d 848, 849 [2005]). In opposition, the plaintiff failed to raise a triable issue of fact (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Accordingly, the Supreme Court properly awarded the defendants summary judgment dismissing the complaint. Mastro, J.P., Chambers, Lott and Cohen, JJ., concur.